UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2020 JUN 16 PM 3:09

CLERK

BY /s/ pjl
DEPUTY CLERK

JOHANNA VASQUEZ GARCIA, )
                        )
   Plaintiff,           )
                        )
v.                      )   Case No. 5:20-cv-52
                        )
UTC AEROSPACE SYSTEMS: d/b/a )
COLLINS AEROSPACE,      )
                        )
   Defendant.           )

## ORDER OF DISMISSAL

NOW COMES Plaintiff, by and through her Counsel of record, and hereby moves to dismiss this action pursuant to Federal Rule of Civil Procedure 41 (a) (1) (A) (i). Dismissal is proper under this rule because Defendant has not entered an Answer.

The parties have reached a settlement of all claims against the above-named Defendant. The settlement is fully executed but all terms have not yet been satisfied. Therefore, all claims shall be DISMISSED WITH PREJUDICE, except that Plaintiff reserves the right to petition to reopen the action, upon good cause shown within 60 days, if settlement is not consummated. With the Plaintiff and Defendants to bear their own attorneys' fees and costs.

DATED at Pawlet, Vermont this 15th day of June 2020.

LAW OFFICES OF SUSAN EDWARDS, ESQ.
By: /s/ Susan Edwards
Susan Edwards, Esq.
1169 Betts Bridge Road
West Pawlet, VT  05775

APPROVED AND SO ORDERED.

Dated at Rutland, in the District of Vermont, this 16th day of June, 2020.

_____
Geoffrey W. Crawford, Judge
United States District Court